UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:   SHEILA C WALKER                §
                                        §   Case No.: 09-35134
                                        §
                                        §
         Debtor(s)                      §

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 09/22/2009.

2) This case was confirmed on 01/07/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/13/2010, 06/06/2011.

5) The case was dismissed on 08/18/2011.

6) Number of months from filing to the last payment:  18

7) Number of months case was pending:  28

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $     2,800.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

```
================================================================================
 Receipts:
         Total paid by or on behalf of the debtor          $      5,841.00
         Less amount refunded to debtor                    $         83.64
 NET RECEIPTS                                              $      5,757.36
================================================================================


================================================================================
 Expenses of Administration:

         Attorney's Fees Paid through the Plan             $      3,434.00
         Court Costs                                       $            .00
         Trustee  Expenses and Compensation                $        377.76
         Other                                             $            .00

 TOTAL EXPENSES OF ADMINISTRATION                          $      3,811.76

 Attorney fees paid and disclosed by debtor                $         66.00
================================================================================


================================================================================
 Scheduled Creditors:

 Creditor                  Claim          Claim         Claim        Principal       Int.
  Name          Class      Scheduled      Asserted      Allowed       Paid           Paid

 ACADEMY COLLECTION S  UNSECURED      224.23         NA            NA             .00         .00
 ACADEMY COLLECTION S  UNSECURED      734.77         NA            NA             .00         .00
 BAY AREA CREDIT SVC   UNSECURED       55.00         NA            NA             .00         .00
 CITY OF CHICAGO DEPT  UNSECURED      100.00       195.20        195.20           .00         .00
 FORD MOTOR CREDIT     UNSECURED   16,100.73    16,903.18     16,903.18      1,150.41         .00
 ILLINOIS COLLECTION   UNSECURED      294.00         NA            NA             .00         .00
 ILLINOIS COLLECTION   UNSECURED      663.00         NA            NA             .00         .00
 IL DEPT OF EMPL0YMEN  UNSECURED    1,022.00       775.00        775.00         38.49         .00
 ILLINOIS LENDING COR  UNSECURED    3,369.76         NA            NA             .00         .00
 LELA WALKER           UNSECURED   15,000.00         NA            NA             .00         .00
 LVNV FUNDING          UNSECURED      739.00       793.10        793.10         39.37         .00
 MIDLAND CREDIT MANAG  UNSECURED      905.53       924.17        924.17         62.90         .00
 MERRICK BANK          UNSECURED    1,083.00     1,083.40      1,083.40         64.31         .00
 METROSOUTH MEDICAL C  UNSECURED      200.00         NA            NA             .00         .00
 MIDLAND CREDIT MANAG  UNSECURED      906.00     1,709.90      1,709.90        116.68         .00
 MCSI/RMI              UNSECURED      250.00     1,835.95      1,835.95        124.96         .00
 NCO PORTFOLIO MGMT    UNSECURED    1,174.00       716.76        716.76         35.59         .00
 SPRINT                UNSECURED      443.00         NA            NA             .00         .00
 SIR FINANCE           UNSECURED    1,664.00     2,105.00      2,105.00        143.26         .00
 SOUTH SUBURBAN HOSPI  UNSECURED    1,000.00         NA            NA             .00         .00
 US POSTAL SERVICE     UNSECURED    3,000.00     1,993.17      1,993.17        135.65         .00
 WFCB/BLAIR CATALOG    UNSECURED       57.00         NA            NA             .00         .00
 ILLINOIS LENDING COR  SECURED          NA         808.93           .00           .00         .00
================================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

| Scheduled Creditors: | | | | | | |
|---|---|---|---|---|---|---|
| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
| T-MOBILE/T-MOBILE US | UNSECURED | NA | 684.28 | 684.28 | 33.98 | .00 |
| CHECK N GO | UNSECURED | 1,500.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 29,719.11 | 1,945.60 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,811.76 |
| Disbursements to Creditors | $ | 1,945.60 |
| **TOTAL DISBURSEMENTS:** | $ | 5,757.36 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   01/26/2012         /s/ Tom Vaughn
                            Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**